NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Dale K. Galipo, Esq. (SBN 144074)
Brendan A. Johnson, Esq. (SBN 366552)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

ATTORNEY(S) FOR:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JACQUELINE MARIE LOPEZ, et al., | CASE NUMBER: | |
|---|---|---|
| Plaintiff(s), | | 5:26-cv-2408 |
| v. | | |
| CITY OF SAN BERNARDINO, et al. | | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiffs _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

*(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)*

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jacqueline Marie Lopez K.A., a minor, by and through his guardian ad litem | Plaintiff |
| Jacqueline Marie Lopez L.A., a minor, by and through her guardian ad litem, | Plaintiff |
| Jacqueline Marie Lopez | Plaintiff |
| Frank Abril | Plaintiff |
| Susan Abril | Plaintiff |
| City of San Bernardino | Defendant |

| May 6, 2026 | /s/  Dale K. Galipo |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

CV-30 (05/13)                          **NOTICE OF INTERESTED PARTIES**