**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson, Esq. (SBN 366552)
bjohnson@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to Isaac Christian Abril; K.A., a minor, by and through his guardian ad litem JACQUELINE MARIE LOPEZ, individually and as successor-in-interest Isaac Christian Abril; L.A., a minor, by and through her guardian ad litem, JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to Isaac Christian Abril; FRANK ABRIL; and SUSAN ABRIL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN BERNARDINO, and DOES 1–10,<br><br>Defendants. | Case No. 5:26-cv-02408-JGB-ACCV<br><br>*Assigned to*:<br>District Judge Jesus G. Bernal<br>Magistrate Judge Angela C.C. Viramontes<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF JACQUELINE MARIE LOPEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF K.A.** |

1

# [PROPOSED] ORDER

The Court, having considered the Application of Jacqueline Marie Lopez Appointment as Guardian Ad Litem for K.A., who is a minor plaintiff in the above-referenced action, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that Jacqueline Marie Lopez be appointed as Guardian Ad Litem for K.A. in the above-referenced action.

DATED: _____                    _____

Honorable Jesus G. Bernal

United States District Judge

2

[PROPOSED] ORDER GRANTING APPLICATION OF JACQUELINE MARIE LOPEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF K.A.