**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson (SBN 366552)
bjohnson@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to Isaac Christian Abril; K.A., a minor, by and through his guardian ad litem JACQUELINE MARIE LOPEZ, individually and as successor-in-interest Isaac Christian Abril; L.A., a minor, by and through her guardian ad litem, JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to Isaac Christian Abril; FRANK ABRIL; and SUSAN ABRIL, individually, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN BERNARDINO; and DOES 1-10, <br><br> Defendants. | Case No. 5:26-cv-2408-JGB-ACCV <br><br> **APPLICATION OF JACQUELINE MARIE LOPEZ FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF L.A.** <br><br> **[Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. §373]** <br><br> [Consent of Nominee to Appointment as Guardian *Ad Litem* and Proposed Order *filed concurrently herewith*) |

1

Docusign Envelope ID: 497DAE45-42BA-8F3C-8088-D15455C059A3

**APPLICATION OF JACQUELINE MARIE LOPEZ FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF L.A.**

1.     L.A. is a minor Plaintiff in the above-referenced case.

2.     L.A. was born on June 2, 2015, and is ten (10) years old.

3.     I, Jacqueline Marie Lopez, am the natural mother of minor Plaintiff L.A.

4.     Minor Plaintiff L.A. has claims, as alleged in the complaint filed in the herein action, arising out of the violation of her civil rights and her father's civil rights. On April 5, 2025, officer(s) working for the City of San Bernardino, shot and killed decedent Isaac Christian Abril, the natural father of minor Plaintiff L.A.

5.     I, Jacqueline Marie Lopez, do not have interests in this matter potentially adverse to minor Plaintiff L.A.

6.     I, Jacqueline Marie Lopez am a resident of the City of San Bernardino, County of San Bernardino, in the State of California.

7.     I, Jacqueline Marie Lopez am a responsible adult and fully competent to understand and protect the rights of said minor. *See* Consent of Nominee to Appointment as Guardian *ad litem* for L.A. filed concurrently herewith.

8.     Plaintiffs therefore respectfully request order appointing Jacqueline Marie Lopez as Guardian *ad litem* for minor Plaintiff L.A.

DATED:     May  04, 2026

By: _____
Jacqueline Marie Lopez,
[Proposed] Guardian *ad Litem for Minor Plaintiff L.A.*

**APPLICATION OF JACQUELINE MARIE LOPEZ FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF L.A.**