**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson (SBN 366552)
bjohnson@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to Isaac Christian Abril; K.A., a minor, by and through his guardian ad litem JACQUELINE MARIE LOPEZ, individually and as successor-in-interest Isaac Christian Abril; L.A., a minor, by and through her guardian ad litem, JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to Isaac Christian Abril; FRANK ABRIL; and SUSAN ABRIL, individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SAN BERNARDINO; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 5:26-cv-2408-JGB-ACCV<br><br>**CONSENT OF NOMINEE JACQUELINE MARIE LOPEZ FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF L.A.**<br><br>[Fed R. Civ. P. 17(c) and Cal. Code Civ. Proc. § 373]<br><br>[*Application for Appointment as Guardian ad Litem* and *Proposed Order* filed concurrently herewith] |

1

**CONSENT OF NOMINEE JACQUELINE MARIE LOPEZ FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF L.A.**

## <u>CONSENT OF NOMINEE</u>

I, Jacqueline Marie Lopez, the nominee and natural mother of L.A., who is a minor Plaintiff in the above-referenced action, consent to act as Guardian *ad Litem* for L.A. in the above-referenced action.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

Executed on May 4, 2026, in San Bernardino, California.

Signed by:

C2CC1D187ABF43B...

Jacqueline Marie Lopez

2

**CONSENT OF NOMINEE JACQUELINE MARIE LOPEZ FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF L.A.**