**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to Isaac Christian Abril; K.A., a minor, by and through his guardian ad litem JACQUELINE MARIE LOPEZ, individually and as successor-in-interest Isaac Christian Abril; L.A., a minor, by and through her guardian ad litem, JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to Isaac Christian Abril; FRANK ABRIL; and SUSAN ABRIL, individually, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN BERNARDINO, and DOES 1–10, <br><br> Defendants. | Case No. 5:26-cv-02408-JGB-ACCV <br><br> *Assigned to*: <br> District Judge Jesus G. Bernal <br> Magistrate Judge Angela C.C. Viramontes <br><br> **[~~PROPOSED~~] ORDER GRANTING APPLICATION OF JACQUELINE MARIE LOPEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF K.A.** |

1

[PROPOSED] ORDER GRANTING APPLICATION OF JACQUELINE MARIE LOPEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF K.A.

# [PROPOSED] ORDER

The Court, having considered the Application of Jacqueline Marie Lopez Appointment as Guardian Ad Litem for K.A., who is a minor plaintiff in the above-referenced action, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that Jacqueline Marie Lopez be appointed as Guardian Ad Litem for K.A. in the above-referenced action.

DATED:    6/5/2026

_____

Honorable Angela C. C. Viramontes

United States Magistrate Judge

2

[PROPOSED] ORDER GRANTING APPLICATION OF JACQUELINE MARIE LOPEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF K.A.