# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to Isaac Christian Abril; K.A., a minor, by and through his guardian ad litem JACQUELINE MARIE LOPEZ, individually and as successor-in-interest Isaac Christian Abril; L.A., a minor, by and through her guardian ad litem, JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to Isaac Christian Abril; FRANK ABRIL; and SUSAN ABRIL, individually,

Plaintiffs,

v.

CITY OF SAN BERNARDINO, and DOES 1–10,

Defendants.

Case No. 5:26-cv-02408-JGB-ACCV

*Assigned to*:
District Judge Jesus G. Bernal
Magistrate Judge Angela C.C. Viramontes

**[PROPOSED] ORDER GRANTING APPLICATION OF JACQUELINE MARIE LOPEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF L.A.**

1

# [PROPOSED] ORDER

The Court, having considered the Application of Jacqueline Marie Lopez Appointment as Guardian Ad Litem for L.A., who is a minor plaintiff in the above-referenced action, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that Jacqueline Marie Lopez be appointed as Guardian Ad Litem for L.A. in the above-referenced action.

DATED: 6/5/2026

_____
Honorable Angela C. C. Viramontes
United States Magistrate Judge

2