**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson, Esq. (SBN 366552)
bjohnson@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to Isaac Christian Abril; K.A., a minor, by and through his guardian ad litem JACQUELINE MARIE LOPEZ, individually and as successor-in-interest Isaac Christian Abril; L.A., a minor, by and through her guardian ad litem, JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to Isaac Christian Abril; FRANK ABRIL; and SUSAN ABRIL, individually,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF SAN BERNARDINO, and DOES 1–10,<br><br>          Defendants. | Case No. 5:26-cv-02408-JGB-ACCV<br><br>*Assigned to*:<br>District Judge Jesus G. Bernal<br>Magistrate Judge Angela C.C. Viramontes<br><br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT CITY OF SAN BERNARDINO** |

1

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT CITY OF SAN BERNARDINO

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, Central District Local Rule 5-3.1, and this Court's Standing Order (Dkt. 9), Plaintiffs hereby submit their proof of service of the summons, complaint, and other documents on Defendant City of San Bernardino, attached hereto as Exhibit "A."

DATED: June 12, 2026                    LAW OFFICES OF DALE K. GALIPO

By:  */s/ Brendan A. Johnson*
     Dale K. Galipo
     Brendan A. Johnson
     Attorneys for Plaintiffs,
     Jacqueline Marie Lopez, K.A., L.A., Frank Abril and Susan Abril

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT CITY OF SAN BERNARDINO

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Brendan Johnson SBN 366552**<br>**Law Offices of Dale K. Galipo**<br>**21800 Burbank Blvd 310**<br>**Woodland Hills, CA 91367**<br>ATTORNEY FOR   **Plaintiff** | **(818) 347-3333** | |
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Lopez, Jacqueline Marie v. City of San Bernardino | | |

| DATE:          TIME:          DEP./DIV. | CASE NUMBER:<br>5:26-cv-02408-JGB-SCCV |
|---|---|
| **Declaration of Service** | Ref. No. or File No:<br>Abril-Lopez v. SB |

**United States District Court**

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons; Complaint; Civil Case Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice to Parties of Court-Directed ADR Program; Notice Re: Consent to Proceed Before a U.S. Magistrate Judge; Standing Order of Judge Jesus G. Bernal**

On: **City of San Bernardino**

I served the summons at:

**201 N E St, Bldg. A  San Bernardino, CA 92401**

On: **6/5/2026**          Date:  **02:21 PM**

In the above mentioned action  by personally serving to and leaving with

**Perla López  -  City Clerk/ATA**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Lory Ann Qualls Garcia**
   b. Address: **21860 Burbank Blvd. #125, Woodland Hills, CA 91367**
   c. Telephone number: **800-366-5445**
   d. **The fee** for this service was: **95.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



_____
**Lory Ann Qualls Garcia**                                    Date: **06/11/2026**