Aamir Raza, Esq. [State Bar No. 223530]
E-mail: araza@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
E-mail: LBACOCstaff@lbaclaw.com
959 South Coast Drive, Suite 260
Costa Mesa, California 92626
Telephone No.: (714) 479-0180

Attorneys for Defendant, CITY OF SAN BERNARDINO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to Isaac Christian Abril; K.A., a minor, by and through his guardian ad litem JACQUELINE MARIE LOPEZ, individually and as successor-in-interest Isaac Christian Abril; L.A., a minor, by and through her guardian ad litem, JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to Isaac Christian Abril; FRANK ABRIL; and SUSAN ABRIL, individually,

        Plaintiffs,

vs.

CITY OF SAN BERNARDINO, and DOES 1–10,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 5:26-cv-2408-JGB-ACCV

**NOTICE OF INTERESTED PARTIES**

**[Local Rule 7.1-1]**

Complaint filed: May 6, 2026

**Matter For Determination Before The Honorable Jesus G. Bernal**

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned, counsel of record for Defendant, CITY OF SAN BERNARDINO herein certify that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION AND INTEREST |
| --- | --- |
| Jacqueline Marie Lopez | Plaintiff |
| K.A., a minor | Plaintiff |
| L.A., a minor | Plaintiff |
| Frank Abril | Plaintiff |
| Susan Abril | Plaintiff |
| City of San Bernardino | Defendant |

Respectfully submitted,

LAWRENCE BEACH ALLEN & CHOI, PC

Dated: June 25, 2026          By___/s/ Aamir Raza_____
                                          AAMIR RAZA
                                          Attorneys for Defendant,
                                          CITY OF SAN BERNARDINO