JUDGE JESUS B. BERNAL

EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 5:26-cv-JGB-ACCV |
|---|---|
| Case Name | JACQUELINE MARIE LOPEZ, ET AL V. CITY OF SAN BERNARDINO, ET AL. |

| Matter | Plaintiff(s)' Request mo/day/year | Defendant(s)' Request mo/day/year | Court's Order |
|---|---|---|---|
| ☒ Jury Trial  *or*  ☐ Court Trial **(Tuesday at 9:00 a.m.)** Length: __5-7__ Days | February 8, 2028 | Agree | |
| Final Pretrial Conference [L.R. 16] and Hearing on Motions *In Limine* **(Monday - <u>two (2)</u> weeks before trial date)** | January 24, 2028 | Agree | |
| Last Date to Conduct Settlement Conference | November 23, 2027 | Agree | |
| Last Date to *Hear* Non-discovery Motions (Monday at 9:00 a.m.) | November 23, 2027 | Agree | |
| All Discovery Cut-Off (including hearing all discovery motions) | October 21, 2027 | Agree | |
| Expert Disclosure (Rebuttal) | September 22, 2027 | Agree | |
| Expert Disclosure (Initial) | August 23, 2027 | Agree | |
| Last Date to Amend Pleadings or Add Parties | April 15, 2027 | Agree | |

ADR [L.R. 16-15] Settlement Choice:

☐ Attorney Settlement Officer Panel

☒ Private Mediation

☐ Magistrate Judge