**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson, Esq. (SBN 366552)
bjohnson@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to isaac Christian Abril; K.A., a minor, by and through his guardian ad litem Jacqueline Marie Lopez, individually, and as successor-in-interest to Isaac Christian Abril; L.A., a minor, by and through her guardian ad litem, Jacqueline Marie Lopez, individually and as successor-in-interest to Isaac Christian Abril; FRANK ABRIL; and SUSAN ABRIL, individually,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CITY OF SAN BERNARDINO, and DOES 1–10,<br><br>          Defendants. | Case No. 5:26-cv-02408-JGB-ACCV<br><br>*Assigned to*:<br>District Judge Jesus G. Bernal<br>Magistrate Judge Angela C.C. Viramontes<br><br>**PLAINTIFFS' REQUEST TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL AT SCHEDULING CONFERENCE**<br><br>Date: August 10, 2025<br>Time: 11:00 AM<br>Location: Courtroom 1<br>3470 Twelfth Street<br>Riverside, California 92501 |

1

PLAINTIFFS' REQUEST TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL AT SCHEDULING CONFERENCE

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Counsel for Plaintiffs hereby respectfully requests that Brendan A. Johnson, who is an attorney of record for Plaintiffs but is not lead trial counsel, be allowed to appear at the upcoming Scheduling Conference in this action in lieu of Plaintiffs' lead trial counsel, Dale K. Galipo. The Scheduling Conference is currently scheduled for August 10, 2026, at 11:00 a.m.

Plaintiffs' counsel makes this request because Mr. Galipo is currently out of the country until August 13, 2026. As such, Mr. Galipo will be unable to appear for the Scheduling Conference as currently scheduled. Plaintiffs' counsel acknowledges that the Court disfavors appearances of non-lead trial counsel at Scheduling Conferences and apologizes for any inconvenience this request may cause.

DATED: July 31, 2026                    LAW OFFICES OF DALE K. GALIPO

By:  */s/ Brendan A. Johnson*
     Dale K. Galipo
     Brendan A. Johnson
     Attorneys for Plaintiffs,
     Jacqueline Marie Lopez, K.A., L.A.,
     Frank Abril and Susan Abril

2

PLAINTIFFS' REQUEST TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL AT SCHEDULING CONFERENCE

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Alejandro Monguia, am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On July 31, 2026, I served the foregoing document described as **PLAINTIFFS' REQUEST TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL AT SCHEDULING CONFERENCE** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as indicated on the attached service list.

METHOD OF SERVICE

☒    (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the addresses as indicated on the attached service list.

☐    I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

☒    I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒    (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

☐    (BY FEDERAL EXPRESS) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as indicated on the attached service list. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 31, 2026, at Woodland Hills, California.

_____
Alejandro Monguia

1

PROOF OF SERVICE

<u>SERVICE LIST</u>

Christina Sprenger, Esq.
Aamir Raza, Esq.
LAWRENCE BEACH ALLEN & CHOI PC
959 South Coast Drive, Suite 260
Costa Mesa, CA 92626
E-mail: csprenger@lbaclaw.com;
         araza@lbaclaw.com;

Attorneys for Defendant, City of San Bernardino

PROOF OF SERVICE