# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to isaac Christian Abril; K.A., a minor, by and through his guardian ad litem Jacqueline Marie Lopez, individually, and as successor-in-interest to Isaac Christian Abril; L.A., a minor, by and through her guardian ad litem, Jacqueline Marie Lopez, individually and as successor-in-interest to Isaac Christian Abril; FRANK ABRIL; and SUSAN ABRIL, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN BERNARDINO, and DOES 1–10, <br><br> Defendants. | Case No. 5:26-cv-02408-JGB-ACCV <br><br> *Assigned to*: <br> District Judge Jesus G. Bernal <br> Magistrate Judge Angela C.C. Viramontes <br><br> **[PROPOSED] ORDER** |

[PROPOSED] ORDER

# [PROPOSED] ORDER

Having reviewed Plaintiffs' request to appear at the August 10, 2026, Scheduling Conference in this action, the Court hereby orders that Plaintiffs' counsel, Brendan A. Johnson, may appear at the Scheduling Conference in lieu of lead trial counsel.

**IT IS SO ORDERED.**

DATED: July 31, 2026                     UNITED STATES DISTRICT JUDGE


_____

Hon. Jesus G. Bernal

[PROPOSED] ORDER