**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson, Esq. (SBN 366552)
bjohnson@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to isaac Christian Abril; K.A., a minor, by and through his guardian ad litem Jacqueline Marie Lopez, individually, and as successor-in-interest to Isaac Christian Abril; L.A., a minor, by and through her guardian ad litem, Jacqueline Marie Lopez, individually and as successor-in-interest to Isaac Christian Abril; FRANK ABRIL; and SUSAN ABRIL, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN BERNARDINO, and DOES 1–10, <br><br> Defendants. | Case No. 5:26-cv-02408-JGB-ACCV <br><br> *Assigned to*: <br> District Judge Jesus G. Bernal <br> Magistrate Judge Angela C.C. Viramontes <br><br> **NOTICE OF INTENT TO APPEAR REMOTELY AT SCHEDULING CONFERENCE** <br><br> Date:    8/10/2026 <br> Time:    11:00 a.m. <br> Location:    Courtroom 1 <br> 3470 Twelfth Street <br> Riverside, CA 92501 |

1

**TO THE HONORABLE COURT AND DEFENDANT CITY OF SAN BERNARDINO, THROUGH ITS ATTORNEYS OF RECORD:**

Pursuant to the instructions listed on the Court's webpage, Plaintiffs hereby provide notice that if their counsel Brendan A. Johnson is permitted to appear at the Scheduling Conference in this matter, currently scheduled for August 10, 2026 at 11:00 a.m., in lieu of Plaintiffs' lead trial counsel, Dale K. Galipo, then Mr. Johnson will appear remotely via Zoom. Plaintiffs' lead trial counsel Mr. Galipo is currently out of the country and will return on August 13, 2026.

DATED: August 6, 2026                    LAW OFFICES OF DALE K. GALIPO

By:  */s/ Brendan A. Johnson*
Dale K. Galipo
Brendan A. Johnson
Attorneys for Plaintiffs,
Jacqueline Marie Lopez, K.A., L.A.,
Frank Abril and Susan Abril

NOTICE OF INTENT TO APPEAR REMOTELY AT SCHEDULING CONFERENCE