**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson, Esq. (SBN 366552)
bjohnson@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to isaac Christian Abril; K.A., a minor, by and through his guardian ad litem Jacqueline Marie Lopez, individually, and as successor-in-interest to Isaac Christian Abril; L.A., a minor, by and through her guardian ad litem, Jacqueline Marie Lopez, individually and as successor-in-interest to Isaac Christian Abril; FRANK ABRIL; and SUSAN ABRIL, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, and DOES 1–10,<br><br>Defendants. | Case No. 5:26-cv-02408-JGB-ACCV<br><br>*Assigned to*:<br>District Judge Jesus G. Bernal<br>Magistrate Judge Angela C.C. Viramontes<br><br>**STIPULATION TO ALLOW PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT** |

**TO THIS HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs JACQUELINE MARIE LOPEZ, K.A., L.A., FRANK ABRIL, and SUSAN ABRIL, and Defendant CITY OF SAN BERNARDINO (“the Parties”, by and through their respective attorneys of record, as follows:

1. Plaintiffs filed their Complaint on May 6, 2026. [Dkt. 1]. At the time of filing their Complaint, Plaintiffs were genuinely ignorant as to the name of the involved City of San Bernardino Police Department Officers who are alleged to have unlawfully used excessive force against Decedent Isaac Christian Abril during the subject incident.
2. Subsequently, Plaintiffs have discovered information that the pertinent City of San Bernardino Police Department employees who used force against Decedent during the incident giving rise to this lawsuit are Michael Mauger, Diego Blanco, Ulysses Couret, Raul Balderas Enriquez, and Brianna Sinclair.
3. Plaintiffs have further discovered a clerical error in the Complaint identifying Plaintiff L.A. as Decedent’s daughter. Plaintiff L.A. is Decedent’s son.
4. The Parties agree that Plaintiff may file an amended complaint for the purpose of: (1) naming Michael Mauger, Diego Blanco, Ulysses Couret, Raul Balderas Enriquez, and Brianna Sinclair in lieu of DOES 1-5, and identifying the alleged roles and responsibilities of this individual as regards the incident giving rise to this lawsuit; and (2) properly identifying Plaintiff L.A. as Decedent’s son.
5. A copy of Plaintiff’s proposed First Amended Complaint is attached hereto as “Exhibit A.”
6. Counsel for Defendants CITY OF SAN BERNARDINO agrees to accept service of the First Amended Complaint on behalf of Defendants CITY OF SAN BERNARDINO, MICHAEL MAUGER, DIEGO BLANCO, ULYSSES COURET, RAUL BALDERAS ENRIQUEZ, and BRIANNA SINCLAIR.
7. The Parties agree that Plaintiffs shall have 7 days to file their First Amended

Complaint after the Court grants them leave, and that Defendants shall have 21 days after service thereof to file a responsive pleading.

8. No currently scheduled hearings or other deadlines will be affected by the granting of this stipulation or by the filing of a First Amended Complaint.

**IT IS SO STIPULATED.**

DATED: November 9, 2026

LAWRENCE BEACH ALLEN & CHOI, PC

By: */s/ Aamir Raza*

Aamir Raza
Attorneys for Defendant,
CITY OF SAN BERNARDINO

DATED: November 9, 2026

LAW OFFICES OF DALE K. GALIPO

By: */s/ Brendan A. Johnson*[1]

Dale K. Galipo
Brendan A. Johnson
Attorneys for Plaintiffs,
Jacqueline Marie Lopez, K.A., L.A.,
Frank Abril and Susan Abril

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.