**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to isaac Christian Abril; K.A., a minor, by and through his guardian ad litem Jacqueline Marie Lopez, individually, and as successor-in-interest to Isaac Christian Abril; L.A., a minor, by and through her guardian ad litem, Jacqueline Marie Lopez, individually and as successor-in-interest to Isaac Christian Abril; FRANK ABRIL; and SUSAN ABRIL, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, and DOES 1–10,<br><br>Defendants. | Case No. 5:26-cv-02408-JGB-ACCV<br><br>**ORDER PERMITTING PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT** |

**TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Having reviewed the Parties' Stipulation to Allow Plaintiffs to Amend the Complaint, and finding good cause therein, it is hereby ordered as follows:

1. Plaintiffs may file their First Amended Complaint for the purpose of (1) naming Michael Mauger, Diego Blanco, Ulysses Couret, Raul Balderas Enriquez, and Brianna Sinclair in lieu of DOES 1-5, and identifying the alleged roles and responsibilities of these individuals as regards the incident giving rise to the lawsuit; and (2) properly identifying Plaintiff L.A. as Decedent's son, consistent with Plaintiffs' Exhibit "A" to the Parties' Stipulation.
2. Plaintiff shall have 7 days from the date of this Order to file their First Amended Complaint.
3. Defendants shall have 14 days after service thereof to file a responsive pleading.

IT IS SO ORDERED.

DATED: November 10, 2026

Honorable Jesus G. Bernal
United States District Judge