AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

JACQUELINE MARIE LOPEZ, individually and as successor-in-interest to Isaac Christian Abril; K.A., a minor, by and through his guardian ad litem, Jacqueline Marie Lopez, individually and as successor-in-interest to Isaac Christian Abril; L.A., a minor, by and through his guardian ad litem, Jacqueline Marie Lope, individually and as successor-in-interest to Isaac Christian Abri; FRANK ABRIL; and SUSAN ABRIL, individually,

*Plaintiff(s)*

v.

CITY OF SAN BERNARDINO; MICHAEL MAUGER; DIEGO BLANCO; ULYSSES COURET; RAUL BALDERAS ENRIQUEZ; BRIANNA SINCLAIR, and DOES 6-10,

*Defendant(s)*

Civil Action No. 5:26-cv-02408-JGB-ACCV

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICHAEL MAUGER; DIEGO BLANCO;
ULYSSES COURET; RAUL BALDERAS ENRIQUEZ;
and BRIANNA SINCLAIR
710 North D Street
San Bernardino, CA 92401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dale K. Galipo, SBN 144074
Brendan A. Johnson, SBN 366552
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: November 17, 2026

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

T. DeBose

*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:26-cv-02408-JGB-SCCV

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ________________
was received by me on *(date)* ________ .

❒ I personally served the summons on the individual at *(place)* ________
________ on *(date)* ________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________
________ , a person of suitable age and discretion who resides there,
on *(date)* ________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________
________ on *(date)* ________ ; or

❒ I returned the summons unexecuted because ________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________

________________
*Server's signature*

________________
*Printed name and title*

________________
*Server's address*

Additional information regarding attempted service, etc: